**Angel DEJESUS, Appellant**

v.

**David A. SZEWCZAK, Individually, and in His Official Capacity as the Prothonotary of Common Pleas of Philadelphia County, Pennsylvania [sic] and Jeffrey Beard, Individually and in His Official Capacity as Secretary of the Department of Corrections, et al., Appellees.**

Supreme Court of Pennsylvania.

Nov. 25, 2003.

## ORDER

PER CURIAM.

**AND NOW,** this 25th day of November, 2003, the Order of the Commonwealth Court is **AFFIRMED.**